# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2850

_____

APS,                                           *
                                               *
            Appellant,                         *
                                               *   Appeal from the United States
      v.                                       *   District Court for the
                                               *   District of Minnesota.
Minnesota Department of Labor; Office          *
of Administrative Hearings,                    *       [UNPUBLISHED]
                                               *
            Appellees.                         *

_____

Submitted: December 29, 2008
Filed: January 14, 2009

_____

Before MELLOY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Appellant "APS" appeals the district court's[1] dismissal of his complaint brought under the Americans with Disabilities Act. Upon careful review, we affirm for the reasons explained by the district court. See Carter v. Arkansas, 392 F.3d 965, 968 (8th Cir. 2004) (dismissal under Fed. R. Civ. P. 12(b)(6)); Mangan v. Weinberger, 848 F.2d 909, 911 (8th Cir. 1988) (dismissal under Fed. R. Civ. P. 8(a)). Additionally, the

_____

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.

district court properly denied leave to further amend the complaint, also for the reasons explained by the court.

Accordingly, we affirm the judgment. <u>See</u> 8th Cir. R. 47B.

_____